```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63934
   MARK A BROOKS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-9103


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/13/2005 and was confirmed 03/30/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 10/11/2007.
------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                             PAID             PAID
------------------------------------------------------------------------
  NATIONAL CAPITAL MGMT LL  SECURED           20415.00        2994.35          2681.07
  NATIONAL CAPITAL MGMT LL  UNSECURED          1463.17            .00              .00
  CITY OF CHICAGO PARKING   UNSECURED          2370.00            .00              .00
  B-LINE LLC                UNSECURED           855.79            .00              .00
  NICOR GAS                 UNSECURED           918.65            .00              .00
  CAPITAL ONE               UNSECURED           678.05            .00              .00
  ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        1,750.20                          787.55
  TOM VAUGHN                TRUSTEE                                              367.03
  DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
  TRUSTEE                  6,830.00

  PRIORITY                                             .00
  SECURED                                         2,681.07
       INTEREST                                   2,994.35
  UNSECURED                                             .00
  ADMINISTRATIVE                                     787.55
  TRUSTEE COMPENSATION                               367.03
  DEBTOR REFUND                                         .00
                         ---------------     ---------------
  TOTALS                   6,830.00              6,830.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63934 MARK A BROOKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 63934 MARK A BROOKS